# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>    Plaintiff,<br><br>  v.<br><br>L. D. ZAMORA, et al.,<br><br>    Defendants. | Case No. 1:11-cv-02076-DLB PC<br><br>**ORDER REGARDING PLAINTIFF'S RESPONSE**<br><br>ECF No. 22<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff Roberto Herrera ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On December 12, 2011, Plaintiff filed his complaint. ECF No. 1. On September 11, 2012, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and § 1915(e)(2)(B) and found that Plaintiff failed to state a claim. ECF No. 19. Plaintiff was provided leave to file an amended complaint. On September 27, 2012, Plaintiff filed a response to the Court's order. ECF No. 22.

Plaintiff did not file an amended complaint; rather, Plaintiff notified the Court that he did not know how to amend his complaint. Plaintiff again contends that Corcoran State Prison's Segregated Housing Unit provided poor medical care to Plaintiff. Plaintiff contends that the health care staff continues to provide him with medication that does not treat his pain. Plaintiff also requests appointment of counsel.

Based on Plaintiff's complaint, Plaintiff failed to state a claim. The Court found that Plaintiff

failed to link Defendant Zamora or any Doe Defendants to an act that violated Plaintiff's constitutional rights. Plaintiff was apprised of the legal standards to plead an Eighth Amendment medical care claim in the Court's September 11, 2012 Order. To the extent that Plaintiff moves for appointment of counsel, Plaintiff's request is denied for the reasons stated in the Court's September 14, 2012 Order. ECF No. 21.

In the interest of justice, the Court will grant Plaintiff one final opportunity to file an amended complaint. It is HEREBY ORDERED that Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his amended complaint. Failure to timely file an amended complaint will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   **November 6, 2012**                    /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE