1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | Case No. 1:11-cv-02076-DLB PC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION** |
| v. | |
| L. D. ZAMORA, et al., | ECF Nos. 27, 28, 29 |
| Defendants. | |

Plaintiff Roberto Herrera ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On November 15, 2012, November 19, 2012, and November 26, 2012, Plaintiff filed motions for preliminary injunction requesting that the pain management committee policy be ended.  ECF Nos. 27, 28, 29.

A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest."  *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008) (citations omitted).  The purpose of preliminary injunctive relief is to preserve the status quo or to prevent irreparable injury pending the resolution of the underlying claim.  *Sierra On-line, Inc. v. Phoenix Software, Inc.*, 739 F.2d 1415, 1422 (9th Cir. 1984).

1     By separate order, the Court dismissed Plaintiff's complaint for failure to state a claim.  ECF

2  No. 19.  As of the date of this order, Plaintiff has not filed an amended complaint.  Thus, Plaintiff

3  has not demonstrated that he is likely to succeed on the merits of his claim.  Based on the foregoing,

4  it is HEREBY ORDERED that Plaintiff's motions, filed November 15, 2012, November 19, 2012,

5  and November 26, 2012, are denied.

6

7  IT IS SO ORDERED.

8     Dated:   **February 26, 2013**                    /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28