IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | 1:11-cv-02076-DLB (PC) |
| Plaintiff, | ORDER DISREGARDING MOTIONS TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| L.D. ZAMONA, et al, | (ECF Nos. 38 & 39) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On April 11, 2013 and April 15, 2013, plaintiff filed an application to proceed in forma pauperis. Due to the fact that this case was closed and judgment was entered on February 27, 2013, IT IS HEREBY ORDERED THAT plaintiff's applications to proceed in forma pauperis filed on April 11, 2013 and April 15, 2013, are both DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **April 26, 2013**         /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE