# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>  Plaintiff,<br><br>  v.<br><br>I.D.ZAMONA, et al.,<br><br>  Defendants. | Case No. 1:11-cv-02076-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AS MOOT**<br><br>(ECF No. 46) |

Plaintiff Roberto Herrera ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On April 11, 2013 and April 15, 2013, plaintiff filed an application to proceed in forma pauperis. (ECF Nos. 38 & 39.) Due to the fact that this case was closed and judgment was entered on February 27, 2013, the Court issued an order disregarding the motions as moot. (ECF No. 40.) On May 13, 2013, Plaintiff filed a motion for reconsideration to proceed in forma pauperis on appeal. (ECF No. 46.) On October 22, 2013, the Ninth Circuit issued an order dismissing Plaintiff's appeal for lack of jurisdiction. (ECF No. 47.) On November 14, 2013, the Ninth Circuit issued its formal mandate. (ECF No. 48.)

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for reconsideration to proceed in forma pauperis on appeal is DENIED as MOOT.

IT IS SO ORDERED.

  Dated:   **November 14, 2013**          /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

1